

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

*Mailing Address:* January 26, 2010

BY ECF

Honorable Lois Bloom
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: Fast v. Napolitano
           CV 09-3073

Dear Judge Bloom:

    This letter is written to inform the Court that the Immigration authorities have now granted petitioner's naturalization application and he has been scheduled for an oath ceremony on February 19, 2010. Accordingly, it is respectfully requested that this action now be dismissed as moot.

    Thank you for your assistance in this matter.

                        Respectfully submitted,

                        BENTON J. CAMPBELL
                        UNITED STATES ATTORNEY

                By: /s/{electronically filed}
                    Scott Dunn
                    Asst U.S. Attorney
                    (718)254-6029

cc: Ingo Fast
    42 Tiffany Place 4A
    Brooklyn, New York 11231

Since plaintiff has received the relief demanded in the complaint, the case is dismissed as amicably settled. Plaintiff may request reopening of the case no later than March 19, 2010, if necessary.
SO ORDERED: 1/26/10

                                /Signed by Judge Brian M. Cogan/
                                U.S.D.J.