UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

INGO FAST,

                  Plaintiff,                  **ORDER**
                                                                           **09 CV 3073 (BMC)(LB)**

        -against-

JANET NAPOLITANO, et al.,

                  Defendants.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

In light of the January 26, 2010 dismissal of this case, the Court's March 1, 2010 conference is hereby canceled. The Court congratulates Mr. Fast on becoming a citizen of the United States.

SO ORDERED.

                                                                                LOIS BLOOM
                                                                            United States Magistrate Judge

Dated: February 1, 2010
           Brooklyn, New York